1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 In re:                                    No. 2:08-cv-0440 FCD
   BETSY WARREN LEBBOS,
                Debtor,                      USBC CASE No. 06-22225-D-7
12                                           USBC ADV CASE No. 07-2006-D
   BETSEY WARREN LEBBOX,                     USBC ADV CASE DCN: MPD-1
13              Appellant,

14       v.                                  **RELATED CASE ORDER**

15 LINDA SCHUETTE,
                Appellee.
16 _____/
   In re:
17 BETSY WARREN LEBBOS,                      No. 2:08-CV-0502 FCD
                Debtor,
18
   JASON P. GOLD,
19              Appellant
         v.
20
   LINDA SCHUETTE,
21              Appellee.
   _____/
22 In re:
   BETSY WARREN LEBBOS,                      No. 2:08-CV-0503 LKK
23              Debtor,

24 THOMAS CARTER,
                Appellant
25       v.

26 LINDA SCHUETTE,
                Appellee.
27 _____/

28       The court has received the Notice of Related Cases filed March 27, 2008.  Examination
   of the above-entitled actions reveals that both actions are related within the meaning of Local

1  Rule 83-123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same or
2  a similar claim, and involve the same property transaction or event.

3  Accordingly, the assignment of the matters to the same judge is likely to effect a
4  substantial savings of judicial effort and is also likely to be convenient for the parties.
5  The parties should be aware that relating the cases under Local Rule 83-123 merely has the result
6  that these actions are assigned to the same judge; no consolidation of the actions is effected.
7  Under the regular practice of this court, related cases are generally assigned to the judge and
8  magistrate judge to whom the first filed action was assigned.

9  IT IS THEREFORE ORDERED that the action denominated, 2:08-cv-0503 LKK is
10 reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set
11 in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed
12 in the reassigned case shall be shown as: 2:08-cv-0503 FCD.

13 IT IS FURTHER ORDERED that the Clerk of Court issue an Opening Letter in
14 Bankruptcy Appeal for the undersigned.

15 IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
16 assignment of civil/criminal cases to compensate for this reassignment.

17 DATED: March 27, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE