UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re

BETSEY WARREN LEBBOS,

        Debtor.

NO. CIV. S 08-0503 FCD
Bankruptcy Adversary Case No. 07-2006

_____/      ORDER

THOMAS CARTER,

        Appellant,

   v.

LINDA S. SCHUETTE, Trustee;
UNITED STATES TRUSTEE,

        Appellees.
_____/

----oo0oo----

    This matter is before the court on Appellant Thomas Carter's Application for a Stay of the Bankruptcy Proceedings Pending Determination of Appeal.  The court heard oral argument on the Application on April 3, 2008.  After reviewing the submissions of the parties and hearing the arguments of counsel, and for the

1 | reasons set forth by the court on the record at the April 3, 2008
2 | hearing, the court finds that the bankruptcy court did not abuse
3 | its discretion in denying Appellant's Application.  See Matter of
4 | Universal Life Church, Inc., 191 B.R. 433, 444 (E.D. Cal. 1995)
5 | ("Denial of a motion to stay enforcement of an order pending
6 | appeal is reviewed for abuse of discretion."); see also In re
7 | Wymer, 5 B.R. 802, 807 (9th Cir. BAP 1980).  Therefore, Appellant
8 | Thomas Carter's Application for a Stay is DENIED.
9 |     IT IS SO ORDERED.
10 | DATED: April 3, 2008

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE